**FILED**
MAR 22 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| IN THE MATTER OF § <br> FELIX VENEGAS, JR. § § § § | Cause No. DR-23-CV-00010-AM |

## ORDER

On February 23, 2023, this Court ordered Felix Venegas, Jr. to pay a fine of $500.00 for his tardy appearance for a pre-trial conference. (ECF No. 2.) Mr. Venegas did not report for a pre-trial conference on February 23, 2023, until after the noon recess. After the Court questioned Mr. Venegas at the show-cause hearing, the Defendant explained that his vehicle broke down, causing him to be late to the pretrial conference. Mr. Venegas did not notify the Court that he would be late. Per the Court's March 17, 2023 Order, Mr. Venegas was ordered to deposit a $500.00 fine with the registry of the Court no later than 30 days from the date of the order.

On March 21, 2023, Mr. Venegas deposited his payment of $500.00 with the registry of the Court. (ECF No. 3.) Accordingly, it is hereby **ORDERED** that this matter be **DISMISSED** and the cause closed.

SIGNED and ENTERED on this 22nd day of March 2023.

_____
ALIA MOSES
Chief United States District Judge